1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHERYL LYNN DOUGLAS, et al.,              No.  2:24-cv-00331-KJM-CKD (PS)

12                  Plaintiffs,

13        v.                                   ORDER

14   THE EZRALOW COMPANY LLC, et al.,

15                  Defendants.

16

17        Plaintiffs proceed without counsel on a fee-paid complaint seeking damages and

18   injunctive relief. (ECF No. 1.) On August 28, 2024, plaintiffs filed an ex parte motion styled as a

19   motion for relief from an order based on clerical mistakes. (ECF No. 11.) Defendant The Ezralow

20   Company LLC has opposed the motion. (ECF No. 18.)

21        On September 25, 2024, defendant The Ezralow Company LLC filed an amended motion

22   to quash service of summons. (ECF No. 16.) Plaintiffs did not file a timely opposition to the

23   motion to quash service of summons. See Local Rule 230(c).

24        Plaintiffs' failure to timely file an opposition or statement of non-opposition to the motion

25   to quash service of summons violates Local Rule 230(c). However, the court will provide

26   plaintiffs with a further opportunity to respond to the pending motion within 14 days after service

27   of this order. Plaintiffs are cautioned that any further failure to respond will be construed as their

28   non-opposition to the motion which could also constitute grounds for dismissal of this case.

1    Local Rule 230(c) states "[n]o party will be entitled to be heard in opposition to a motion

2    at oral arguments if opposition to the motion has not been timely filed by that party...."

3    Accordingly, the hearing set for November 13, 2024, on defendant's motion to quash is vacated.

4    After the conclusion of briefing, the motion will be submitted for decision on the record and

5    written briefing. Separately, the court finds plaintiffs' motion for relief from an order based on

6    clerical mistakes is suitable for decision without oral argument under Local Rule 230(g). If the

7    court subsequently determines that oral argument would be beneficial for either motion, the

8    parties will be notified accordingly.

9    In accordance with the above, IT IS ORDERED as follows:

10   1.    The hearing on plaintiffs' motion for relief from an order reset to take place on

11         November 13, 2024, and the hearing on defendant's motion to quash set to take

12         place on November 13, 2024, are both VACATED.

13   2.    Plaintiffs shall file a written opposition (or a statement of non-opposition) to the

14         motion to quash within 14 days after service of this order. Failure to do so will be

15         deemed a statement of non-opposition and consent to the granting of the motion

16         and may also constitute a ground for the imposition of appropriate sanctions,

17         including a recommendation that plaintiffs' case be involuntarily dismissed with

18         prejudice pursuant to Federal Rule of Civil Procedure 41(b).

19   3.    Defendant may file a written reply to any opposition filed by plaintiff within 10

20         days of plaintiff's filing. The court will take the pending motions under

21         submission upon conclusion of this briefing schedule.

22   Dated: October 16, 2024

23   _____
     CAROLYN K. DELANEY
24   UNITED STATES MAGISTRATE JUDGE

25

26   8
     doug24cv0031.nooppo

27

28

2