1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHERYL LYNN DOUGLAS, et al.,              No.  2:24-cv-0331-KJM-CKD (PS)

12                     Plaintiffs,

13          v.                                  ORDER

14    THE EZRALOW COMPANY LLC, et al.,

15                     Defendants.

16

17          This matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

18    On December 3, 2024, the magistrate judge filed findings and recommendations, which contained

19    notice that any objections to the findings and recommendations were to be filed within fourteen

20    days.  ECF No. 31.  Plaintiffs have not filed objections to the findings and recommendations.

21          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

22    court has conducted a review of this case and finds the findings and recommendations to be

23    supported by the record and by proper analysis.

24          The court recognizes plaintiffs proceed without counsel on a fee-paid complaint seeking

25    damages and injunctive relief.  ECF No. 1.  The court finds the appointment of counsel for

26    plaintiffs is warranted for the limited purpose of representing plaintiffs at a settlement conference.

27    Alexander L. Nowinski and Rachel "Rocco" Pallin have been selected from the court's pro bono

28    attorney panel to represent plaintiffs for this limited purpose and have agreed to be appointed.

                                              1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed December 3, 2024 (ECF No. 31), are adopted in full.

2. Plaintiffs' ex parte motion for a preliminary injunction (ECF No. 26) is denied.

3. Alexander L. Nowinski and Rachel "Rocco" Pallin are appointed as limited purpose counsel in the above titled matter.  This appointment is for the limited purpose of representing plaintiffs at a settlement conference.

4. Alexander L. Nowinski and Rachel "Rocco" Pallin's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

5. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

6. The Clerk of the Court is directed to serve a copy of this order upon Alexander L. Nowinski and upon Rachel "Rocco" Pallin, Greenberg Traurig LLP, 400 Capitol Mall, Suite 2400, Sacramento, CA 95814.

7. The date for plaintiffs to effectuate service of process on the defendants is extended 45 days from the date of this order.

8. After service has been effectuated, the parties are to contact Sujean Park via email at spark@caed.uscourts.gov to help coordinate the settlement conference.

9. The court refers the parties to Magistrate Judge Delaney for a settlement conference on Douglas' claims.  The settlement conference should be held as soon as reasonably possible.

This resolves ECF Nos. 26, 31.

**IT IS SO ORDERED.**

DATED:  February 19, 2025

UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28