UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Lynn Douglas et al., | No. 2:24-cv-0331-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| The Ezralow Company LLC, et al., | |
| Defendants. | |

On February 20, 2025, the court appointed Alexander L. Nowinski and Rachel "Rocco" Pallin as limited purpose counsel in the above titled matter. *See* ECF No. 36 at 2. Counsel have informed the court that in spite of their best efforts they are unable to contact plaintiffs. Therefore, the court orders the plaintiffs to contact their appointed counsel within **one week** of the publication of this order. After one week of the publication of this order, counsel will reach out to the court and provide an update. If the plaintiffs fail to contact counsel, the court will release Nowinski and Pallin from their obligations as counsel in this matter. The court also extends the deadline to file service of process on defendants to **14 days** from the date of this order.

IT IS SO ORDERED.

DATED: April 3, 2025.

UNITED STATES DISTRICT JUDGE